# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-3091

In re: Agri Stats, Inc., et al.

Petitioners

---

Appeal from U.S. District Court for the District of Minnesota
(0:18-cv-01776-JRT)

---

**ORDER**

Petitioners' request to file the mandamus petition and appendix under seal is granted. The petition for writ of mandamus is denied.

November 21, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler